IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| KENDREA BULLITT, | § § § | |
| Plaintiff, | § § | |
| v. | § § | Civil Action No. 3:23-cv-00909-M |
| HEARST COMMUNICATIONS INC., | § § § | |
| Defendant. | § § § | |

## FINAL JUDGMENT

The Court previously granted Defendant Hearst Communication Inc.'s Motion for Summary Judgment. ECF No. 54. In accordance with that Memorandum Opinion and Order, it is

**ORDERED, ADJUDGED, AND DECREED** that Plaintiff Kendrea Bullitt take nothing on her claims against Defendant. All costs of court are taxed against Plaintiff.

**SO ORDERED**.

October 24, 2024.

*[signature]*
BARBARA M. G. LYNN
SENIOR UNITED STATES DISTRICT JUDGE

1